**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 12-cv-22072-KMM

ODEBRECHT CONSTRUCTION, INC.,
*a Florida corporation*,

      Plaintiff,

vs.

ANANTH PRASAD,
*in his official capacity as Secretary of*
*the Florida Department of Transportation*,

      Defendant.

_____  _____/

## ORDER GRANTING PRELIMINARY INJUNCTION

THIS MATTER is before the Court upon Plaintiff's Motion for a Preliminary Injunction (ECF No. 5). UPON CONSIDERATION of the Motion, Defendant's Response (ECF No. 15), Plaintiff's Reply (ECF No. 16), and after a hearing on the matter, this Court finds that:

1. Plaintiff has demonstrated a substantial likelihood of success with respect to its claims that the amendment to section 287.135, Florida Statutes, which can be found at Chapter 2012-196, Laws of Florida, violates the Supremacy Clause, the Foreign Affairs Power, and the Foreign Commerce Clause of the United States Constitution, and that the statute is inoperative on its own terms;

2. Plaintiff has demonstrated that irreparable injury will be suffered unless the injunction issues;

3. Plaintiff has demonstrated the threatened injury to Plaintiff outweighs any damage the proposed injunction may cause Defendant; and

    4. Plaintiff has demonstrated that if issued, the injunction would not be adverse to the public interest.

In light of the foregoing, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for a Preliminary Injunction (ECF No. 5) is GRANTED. It is further

ORDERED AND ADJUDGED that Defendant ANANTH PRASAD, in his official capacity as the Secretary of the Florida Department of Transportation, AND HIS OFFICERS, AGENTS, SERVANTS, EMPLOYEES, AND ATTORNEYS, are hereby ENJOINED from implementing or enforcing in any way the amendment to section 287.135, Florida Statutes, referenced herein, including: (1) requiring that companies execute a certification regarding the companies' business operations in Cuba in order to bid on, submit a proposal for, or enter into or renew a public contract; and (2) from in any other way seeking to prohibit the award or renewal of public contracts based on whether companies have business operations in Cuba.

A separate written order setting forth in greater detail specific findings of fact and conclusions of law will follow.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of June, 2012.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record